IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00425-WYD-BNB

ROBERT E. SUTTON,
WK CAPITAL ADVISORS, INC.,
CENTRIX CONSOLIDATED, LLC, and
CENTRIX CAPITAL MANAGEMENT, LLC,

Plaintiffs,

v.

EVEREST NATIONAL INSURANCE COMPANY, an Arizona corporation, and
EVEREST REINSURANCE COMPANY, a Delaware corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Withdraw as Counsel of Record** [docket no. 32, filed July 30, 2007] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and attorney Marcus J. Lock is withdrawn from the representation of plaintiffs in this matter and is to be removed from the electronic service.

DATED:  July 31, 2007